Denise M. Rudasill
CA. Bar No. 179029
840 17th Street #212
San Diego, CA. 92101
(619) 339-2084
(dr2177@hotmail.com)

Attorney for Petitioner
JULLIAN ERICK RANDLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULLIAN ERICK RANDLE,

Petitioner,

v.

PATWIN HORN, Acting Warden, et al.,

Defendant.

Case No. 2:25-CV-03359-SCR

~~PROPOSED~~ ORDER

Good cause appearing, Petitioner is granted an extension of time to and including May 4, 2026, to file Petitioner's Traverse/Reply to Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus.

Date: March 27, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1