UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULLIAN ERICK RANDLE,

Petitioner,

v.

PATWIN HORN, Acting Warden KVSP,

Respondent.

No.  2:25-cv-03359 WBS SCR HC

ORDER

Good cause appearing, Petitioner's Request for Extension of Time (ECF No. 20) is GRANTED.  Petitioner is granted an extension of time to and including August 5, 2026, to file Petitioner's Traverse/Reply to Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus.

DATED: July 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE